## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**HUSSAIN KAMAL,**

      **Petitioner,**

**v.**

**GRACE EVERSON,** *et al.,*

      **Respondents.**

:

:

**Case No. 2:26-cv-749**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge S. Courter M.**
**Shimeall**

### <u>ORDER</u>

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on June 25, 2026. (ECF No. 7.) Therein, the Magistrate Judge found that "[w]hile Petitioner presently resides in this District—the Southern District of Ohio—this District does not have jurisdiction over him as a supervised releasee" because "there has not been an Order Transferring Jurisdiction signed by a judge of the Northern District of Texas." (*Id.*, PAGEID # 22.) Consequently, the Magistrate Judge found that "the Court lacks jurisdiction to entertain Petitioner's instant application because his custodian remains his supervised release administrator in the Northern District of Texas." (*Id.*, PAGEID # 23.) The Magistrate Judge therefore recommended that the Court dismiss Petitioner's § 2241 petition without prejudice for lack of jurisdiction and deny Petitioner's other pending motions as moot. (*Id.*, PAGEID # 24.)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. (R&R, PAGEID # 24.) No objections have been filed, and the time for filing objections has passed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 7) without conducting a *de novo* review. Petitioner's petition (ECF No. 1) is **DISMISSED without prejudice** for lack of jurisdiction. Petitioner's Motion for Stay of Enforcement of Forced Relocation (ECF No. 2) and Motion to Appoint Counsel (ECF No. 5) are **DENIED as moot**.


    **IT IS SO ORDERED.**


/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**